UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
SVETLANA AYZMAN,

                       **Plaintiff,**

           -against-                  1:25-cv-02376 (ALC)

**23RD & 8TH LLC**, *doing business as DALLAS BBQ*, et al.,      **ORDER**

                       **Defendants.**
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On May 27, 2025, Defendants filed a letter requesting a pre-motion conference in relation to their anticipated motion to compel arbitration. *See* ECF No. 21. The request for a pre-motion conference is **GRANTED**. This Court will conduct a pre-motion conference in this action on **June 18, 2025, at 2:30PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:  June 16, 2025**
          **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**