UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

**SVETLANA AYZMAN,**

                  **Plaintiff,**

        -against-                         1:25-cv-02376 (ALC)

**23RD & 8TH LLC,** *doing business as*
***DALLAS BBQ*, et al.,**                **ORDER**

                  **Defendants.**

--------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       As ordered during the pre-motion conference held on June 18, 2025, the parties shall file a joint status report on or before **July 9, 2025** regarding settlement discussions and whether they would like to be referred to mediation or a Magistrate Judge to assist with those efforts. If they believe settlement to not be viable, the parties should include a proposed briefing schedule for Defendants' motion to compel arbitration.

       Additionally, during the conference, the Court granted Defendant G&M Wetanson Holdings, L.L.C.'s requested extension to respond. Defendant G&M Wetanson Holdings, L.L.C. must respond to the complaint on or before **July 23, 2025**.

**SO ORDERED.**

**Dated:  June 20, 2025**
          New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**