UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**SVETLANA AYZMAN,**

                            **Plaintiff,**

               -against-                     1:25-cv-02376 (ALC)

**23RD & 8TH LLC,** *doing business as*      **ORDER**
*DALLAS BBQ,* **et al.,**

                         **Defendants.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The parties shall file a joint status report on or before **October 9, 2025** regarding the mediation conference held September 30, 2025 and the next steps in this matter.

**SO ORDERED.**

**Dated:   October 6, 2025**
            **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**