**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SVETLANA AYZMAN,

                      Plaintiff,                      **25-CV-02376 (ALC) (VF)**

          -against-                          **<u>ORDER RESCHEDULING</u>**
                                                **<u>SETTLEMENT CONFERENCE</u>**

23RD & 8TH LLC, et al.,

                      Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is hereby rescheduled for **<u>Tuesday, April 7, 2026 at 10:00 a.m.</u>**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **<u>March 31, 2026</u>**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 34.

      **SO ORDERED.**

DATED:    New York, New York
            December 23, 2025

                                            _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge