**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SVETLANA AYZMAN,

       Plaintiff,       **25-CV-02376 (ALC) (VF)**

  -against-          **ORDER**

23RD & 8TH LLC, et al.,

       Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

  Defendants are directed to respond to the complaint on or by **June 4, 2026**.

  **SO ORDERED.**

DATED:  New York, New York
     May 5, 2026

               _____
               VALERIE FIGUEREDO
               United States Magistrate Judge